# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **EXTERRAN ENERGY SOLUTIONS, L.P.,** § § § | |
| **Plaintiff,** § § | |
| vs. § | **C.A. NO. 09-1463** |
| § | |
| **ACE AMERICAN INSURANCE COMPANY** § § § | |
| **Defendant.** § § | |

## STIPULATION OF DISMISSAL

Plaintiff Exterran Energy Solutions, L.P., on behalf of it and its affiliates and subsidiaries, ("Exterran") and Defendant Ace American Insurance Company ("ACE") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1(ii).

1. Exterran filed suit against ACE on May 14, 2009.

2. Exterran moves to dismiss the suit.

3. ACE, who has answered, agrees to the dismissal.

4. This case is not a class action.

5. A receiver has not been appointed in this action.

6. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

7. Exterran has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is with prejudice.

- 2 -

Dated:  October 28, 2009 	Respectfully submitted,

                                         **MORGAN, LEWIS & BOCKIUS LLP**

                                         __/s/ Lucas T. Elliot_____
                                         **Lucas T. Elliot**
                                         (Attorney-In-Charge)
                                         State Bar No. 06534150
                                         Federal I.D. No. 12757
                                         1000 Louisiana Street, Suite 4200
                                         Houston, Texas  77002
                                         Telephone:  713.890.5000
                                         Facsimile:  713.890.5001
                                         lelliot@morganlewis.com

                                         *Attorney-in-charge For Plaintiff*
                                         *Exterran Energy Solutions, L.P.*

OF COUNSEL

**MORGAN, LEWIS & BOCKIUS LLP**

**David A. Luttinger, Jr.**
S.D.N.Y. Federal I.D. No. DL-3186
101 Park Avenue
New York, New York  10178-0060
Telephone:  212.309.6000
Facsimile:  877.432.9652
dluttinger@morganlewis.com

**Claire Swift Kugler**
State Bar No. 00797530
Federal I.D. No. 21675
ckugler@morganlewis.com
**Heather Kubiak**
State Bar No. 24001266
Federal I.D. No. 23020
hkubiak@morganlewis.com
1000 Louisiana Street, Suite 4200
Houston, Texas  77002
Telephone:  713.890.5000
Facsimile:  713.890.5001

**COZEN O'CONNOR**


   */s/ Joseph Ziemianski*
**Joseph A. Ziemianski**
Attorney in Charge
Texas State Bar No. 00797732
Southern District of Texas Bar No. 25915
E-mail: jziemianski@cozen.com

*Attorneys for Defendant,*
*Ace American Insurance Company*

OF COUNSEL:

**COZEN O'CONNOR**

**Bryan P. Vezey**
Texas State Bar No. 00788583
Southern District of Texas Bar No. 19217
bvezey@cozen.com
1221 McKinney, Suite 2900
Houston, Texas 77009
Telephone: (832) 214-3900
Telecopier: (832) 214-3905

## **CERTIFICATE OF SERVICE**

    I certify that on October 28, 2009, all counsel of record were served with the foregoing through the Court's CM/ECF system under Local Rule 5.1.


   */s/ Lucas T. Elliot*
   **Lucas T. Elliot**