IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXTERRAN ENERGY SOLUTIONS, L.P., | § § § § | |
| Plaintiff, | § § | |
| vs. | § | C.A. NO. 09-1463 |
| ACE AMERICAN INSURANCE COMPANY | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

After considering the parties' Stipulation of Dismissal, the court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on this the 29th day of October, 2009.

*[signature]*

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE